**Fill in this information to identify the case:**

Debtor name      **TGM Coatings, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    **22-00304**

■ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*    **A/B-H**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 27, 2022**          *X* **/s/ Kevin Kyle**
                                            Signature of individual signing on behalf of debtor

                                            **Kevin Kyle**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name      **TGM Coatings, LLC**

United States Bankruptcy Court for the:      WESTERN DISTRICT OF MICHIGAN

Case number (if known)      **22-00304**

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1:    Summary of Assets

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................   $   0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................   $   249,439.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................   $   249,439.00

### Part 2:    Summary of Liabilities

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $   6,218,025.28

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................   $   0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................   +$   33,268.01

4.  **Total liabilities** .........................................................................................................
    Lines 2 + 3a + 3b

    $   6,251,293.29

**Fill in this information to identify the case:**

Debtor name    **TGM Coatings, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    **22-00304**

■ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | 3,450.00 | - | 0.00 | = .... | $3,450.00 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**                                           **$3,450.00**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

| Debtor | **TGM Coatings, LLC** | | Case number *(If known)*  **22-00304** |
|---|---|---|---|
| | Name | | |

■ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials Powder** | | **$52,543.00** | **FMV** | **$52,543.00** |

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5.**                                                                           **$52,543.00**

   Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

**Part 8:** **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **TGM Coatings, LLC** | Case number *(If known)* **22-00304** |
|---|---|---|
| | Name | |

49.     **Aircraft and accessories**

50.     **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
        **Machinery & Equipment**
        **(See Attached)**                                    **$193,446.00**   **FMV**                    **$193,446.00**

51.     **Total of Part 8.**                                                                     **$193,446.00**
        Add lines 47 through 50.  Copy the total to line 87.

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
        ■ No
        ☐ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor    **TGM Coatings, LLC**                                    Case number *(If known)*    **22-00304**
_____Name_____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$0.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$3,450.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$52,543.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$193,446.00** | |
| 88. **Real property.** *Copy line 56, Part 9*......................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$249,439.00** + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$249,439.00** |

**Fill in this information to identify the case:**

Debtor name  **TGM Coatings, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MICHIGAN

Case number (if known)  **22-00304**

■ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1** **Bank of America**
Creditor's Name

**2600 West Big Beaver Rd Troy, MI 48084**
Creditor's mailing address

**dlerner@plunkettcooney.com**
Creditor's email address, if known

Date debt was incurred
**2020-**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All Assets**

Describe the lien
**UCC Financing Statement- Line of Credit**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

Column A: **$5,109,418.81**   Column B: **$5,000,000.00**

**2.2** **Bank of America**
Creditor's Name

**2600 West Big Beaver Rd Troy, MI 48084**
Creditor's mailing address

**dlerner@plunkettcooney.com**
Creditor's email address, if known

Date debt was incurred
**2020-**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**All Assets**

Describe the lien
**UCC Financing Statement- Term Loan**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **$1,108,606.47**   Column B: **$5,000,000.00**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **TGM Coatings, LLC** | | Case number (if known) | **22-00304** |
|---|---|---|---|---|

Name

■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

□ Contingent
■ Unliquidated
□ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $6,218,025.28

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **David A. Lerner, Esq.**<br>**Plunkett Cooney**<br>**38505 Woodward Ave**<br>**Suite 100**<br>**Bloomfield Hills, MI 48304** | Line **2.1** | |
| **David A. Lerner, Esq.**<br>**Plunkett Cooney**<br>**38505 Woodward Ave**<br>**Suite 100**<br>**Bloomfield Hills, MI 48304** | Line **2.2** | |
| **Kent County Circuit Court**<br>**Case No. 22-01336-CB**<br>**180 Ottawa NW**<br>**Grand Rapids, MI 49503** | Line **2.1** | |
| **Kent County Circuit Court**<br>**Case No. 22-01336-CB**<br>**180 Ottawa NW**<br>**Grand Rapids, MI 49503** | Line **2.2** | |
| **Peter D. Cronk, Esq.**<br>**Plunkett Cooney**<br>**101 N. Washington Square**<br>**Suite 1200**<br>**Lansing, MI 48933** | Line **2.1** | |
| **Peter D. Cronk, Esq.**<br>**Plunkett Cooney**<br>**101 N. Washington Square**<br>**Suite 1200**<br>**Lansing, MI 48933** | Line **2.2** | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

**Fill in this information to identify the case:**

Debtor name    **TGM Coatings, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known)   **22-00304**

■ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
Absopure Water Company
PO Box 701760
Plymouth, MI 48170
Date(s) debt was incurred **2021-**
Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Services**
Is the claim subject to offset? ■ No ☐ Yes | **$84.88**

**3.2** | **Nonpriority creditor's name and mailing address**
Akzo Novel Coatings, Inc.
62166 Collection Center Dr.
Chicago, IL 60693
Date(s) debt was incurred **2021-**
Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Supplier**
Is the claim subject to offset? ■ No ☐ Yes | **$18,818.12**

**3.3** | **Nonpriority creditor's name and mailing address**
Alt Oil Company, Inc.
1374 W. Randall
Coopersville, MI 49404
Date(s) debt was incurred **2021-**
Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Supplier**
Is the claim subject to offset? ■ No ☐ Yes | **$77.33**

**3.4** | **Nonpriority creditor's name and mailing address**
Arrowaste, Inc.
PO Box 828
Jenison, MI 49429
Date(s) debt was incurred **2021-**
Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Services**
Is the claim subject to offset? ■ No ☐ Yes | **$769.03**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        49734        Best Case Bankruptcy

| Debtor | **TGM Coatings, LLC** | Case number (if known) | **22-00304** |
|---|---|---|---|
| | Name | | |

**3.5** | Nonpriority creditor's name and mailing address
**Blastek, LLC**
**PO Box 443**
**Middleville, MI 49333**

Date(s) debt was incurred **2021-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.6** | Nonpriority creditor's name and mailing address
**Dematic Corp.**
**507 Plymouth Ave NE**
**Grand Rapids, MI 49505**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7** | Nonpriority creditor's name and mailing address
**FedEX Bankruptcy Dept.**
**3965 Airways Blvd**
**Module G- 3rd Floor**
**Memphis, TN 38116**

Date(s) debt was incurred **2021-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$1.00**

---

**3.8** | Nonpriority creditor's name and mailing address
**Grainger**
**Dept. 803639590**
**Palatine, IL 60038**

Date(s) debt was incurred **2021-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$723.20**

---

**3.9** | Nonpriority creditor's name and mailing address
**IFS Coatings**
**PO Box 671639**
**Dallas, TX 75267**

Date(s) debt was incurred **2021-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$5,398.72**

---

**3.10** | Nonpriority creditor's name and mailing address
**J&L Roofing**
**567 11th Street NE**
**Grand Rapids, MI 49504**

Date(s) debt was incurred **2021-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$800.00**

---

**3.11** | Nonpriority creditor's name and mailing address
**Liquid Industrial Waste**
**11325 E. Lakewood Blvd**
**Holland, MI 49424**

Date(s) debt was incurred **2021-**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$277.50**

---

| Debtor | **TGM Coatings, LLC** | Case number *(if known)* | **22-00304** |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$242.00**

**Maynard's Water Conditioning**
**9980 Cherry Valley**
**Caledonia, MI 49316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Basis for the claim: **Services**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$321.54**

**Miller Industrial Gasses**
**505 Grandville Ave SW**
**Grand Rapids, MI 49503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Basis for the claim: **Supplier**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$364.18**

**Model First Aid & Safety**
**PO Box 8037**
**Grand Rapids, MI 49518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Basis for the claim: **Supplier**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$436.35**

**Painters Supply & Equipment**
**PO Box 1477**
**Taylor, MI 48180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Basis for the claim: **Supplier**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.48**

**Protech Chemicals Ltd.**
**PO Box 33212**
**Detroit, MI 48232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Basis for the claim: **Supplier**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$667.82**

**Purity Cylinder Gases, Inc.**
**PO Box 9390**
**Wyoming, MI 49509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Basis for the claim: **Supplier**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$381.20**

**Rollie Williams Paint Spot**
**2570 Walker Ave, Suite A**
**Grand Rapids, MI 49544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Basis for the claim: **Supplier**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TGM Coatings, LLC** | Case number (if known) | **22-00304** |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Royal Controls & Process Serv.**
**507 East Maple Street**
**Fremont, MI 49412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Last 4 digits of account number __

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $591.54 |
|---|---|---|---|

**Safety Kleen Systems**
**2600 North Central Expressway**
**Suite 400**
**  MT 59154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Last 4 digits of account number __

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $139.60 |
|---|---|---|---|

**Seaver Industrial Furnishing**
**1645 Marion Street**
**Grand Haven, MI 49417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Last 4 digits of account number __

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.00 |
|---|---|---|---|

**Smitter Pest Control**
**1650 Division Ave**
**Grand Rapids, MI 49507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Last 4 digits of account number __

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $674.94 |
|---|---|---|---|

**Spectrum Business**
**PO Box 3019**
**Milwaukee, WI 53201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Last 4 digits of account number __

Basis for the claim: **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $783.49 |
|---|---|---|---|

**Uline**
**PO Box 88741**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Last 4 digits of account number __

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $727.09 |
|---|---|---|---|

**Vitan Equipment**
**PO Box 77000**
**Dept. 771318**
**Detroit, MI 48277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021-**

Last 4 digits of account number __

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **TGM Coatings, LLC** | | Case number (if known) | **22-00304** |
|---|---|---|---|---|
| | Name | | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Stephen B. Grow, Esq.**<br>**Warner Norcross & Judd LLP**<br>**150 Ottawa Ave NW**<br>**Suite 150**<br>**Grand Rapids, MI 49503** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $    0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $    33,268.01 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $    33,268.01 |

**Fill in this information to identify the case:**

Debtor name   **TGM Coatings, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known)   **22-00304**

■ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*       *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease-1840 142nd Ave Dorr, MI 49323** |
| State the term remaining | **TG Industrial Land Development, LLC 1530 Eastern Ave Grand Rapids, MI 49507** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name          **TGM Coatings, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    **22-00304**

■ Check if this is an amended filing

## Official Form 206H
# Schedule H: Your Codebtors
                                                                                                          **12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Richard Achtenberg** | **1648 Casey Key Punta Gorda, FL 33950** | **Bank of America** | ■ D    **2.1** _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Richard Achtenberg** | **1648 Casey Key Punta Gorda, FL 33950** | **Bank of America** | ■ D    **2.2** _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **TG Manufacturing, LLC** | **1530 Eastern Avenue Grand Rapids, MI 49507** | **Bank of America** | ■ D    **2.1** _____<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **TG Manufacturing, LLC** | **1530 Eastern Avenue Grand Rapids, MI 49507** | **Bank of America** | ■ D    **2.2** _____<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **TG Turnkey, LLC** | **739 Cottage Grove SE Grand Rapids, MI 49507** | **Bank of America** | ■ D    **2.1** _____<br>☐ E/F _____<br>☐ G _____ |

| Debtor | TGM Coatings, LLC | Case number *(if known)* | 22-00304 |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | TG Turnkey, LLC  739 Cottage Grove SE  Grand Rapids, MI 49507 | Bank of America | ■ D ___ 2.2 ___  ☐ E/F _____  ☐ G ____ |